IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-HC-2248-BO

| | | |
|---|---|---|
| SHEKIA MCNEILL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| Respondent. | ) | |

On August 26, 2015, the court entered an order which allowed this matter to continue. However, petitioner had previously failed to comply with the December 15, 2014, order of deficiency. Order, D.E.3. That order clearly warned petitioner that her failure to respond could "result in the dismissal of this action without prejudice for failure to prosecute." Id. That order also specifically set out what was required of the petitioner for the matter to proceed, and the required forms were provided. Id. Petitioner did not comply with the order to any extent. Therefore, the 26th order is VACATED, and the matter is DISMISSED without prejudice for failure to prosecute. See Fed. R. Civ. P. 60(b).

SO ORDERED, this 28 day of August 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE